IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MIKE PRITCHETT, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:19cv47-MHT |
| | ) | (WO) |
| WILLIAM H. FILMORE, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging the constitutionality of a search of his home and property, his arrest, and the criminal proceedings resulting his conviction. He also contends that the defendants conspired against him. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation, which the court has considered despite plaintiff's having filed them late. After an

independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of March, 2019.

                               /s/ Myron H. Thompson  
                               UNITED STATES DISTRICT JUDGE