IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MIKE PRITCHETT,              )
                             )
      Plaintiff,             )
                             )        CIVIL ACTION NO.
      v.                     )          1:19cv47-MHT
                             )              (WO)
WILLIAM H. FILMORE, et       )
al.,                         )
                             )
      Defendants.            )
```

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Mike Pritchett's objections (doc. no. 8) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(3) Plaintiff Pritchett's claims against defendants William H. Filmore, Thomas Kirke Adams, Lee F. Knowles, and David J. Harrison seeking relief for actions which occurred during the state criminal proceedings before

the Circuit Court of Dale County, Alabama are dismissed with prejudice.

(4) Plaintiff Pritchett's claims which go to the fundamental legality of his trafficking in marijuana conviction and resulting sentence are dismissed without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of March, 2019.

   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE